In the Matter of:

**LILLIAM ANDUJAR MENA**

Debtor(s)

Case No. **09-10180 ESL**

Chapter 13

**OPPOSITION TO RELIEF OF STAY**

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1. A motion for relief of stay was filed by Citibank stating that debtor is in arrears in her mortgage post petition payments.
2. We discussed the issue with debtor and she will provide evidence of payments made and cure arrears by the time of the scheduled hearing for relief of stay.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the previously informed and deny motion for lift of stay.

**I HEREBY CERTIFY**, that on this date I electronically filed the above document with the Clerk of the Court using ECF/CM system which sends notification of such filing to Vanessa Torres Quiñones, Esq. For attorney for Citibank and Chapter 13 trustee Jose R. Carrion.

In Vega Baja, Puerto Rico, on this September 4, 2010.

s/ *Juan O. Calderon Lithgow*
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476
juan004@prtc.net

1