# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** LILLIAM ANDUJAR MENA
**Case Number:** 09-10180-ESL13   **Chapter:** 13
**Date / Time / Room:** 9/28/2010 9:00 AM eslcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** MARITZA FEIJOO
**Reporter / ECR:** ADA LOPEZ

## Matter:

Docs# 20 & 23 Motion and Amended Motion for Relief of Stay Under 362 filed by Citibank N.A.
Doc# 27 Debtor's answer

## Appearances:

JOSE RAMON CARRION MORALES
JUAN O CALDERON LITHGOW

v. Thres, Citibank

7 months in arrears

## Proceedings:

ORDER:

_X_ Upon debtor(s)' failure to: ____ oppose; _X_ appear at the hearing scheduled for this date; _X_ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
____ curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

_X_ Other: TMTD (#28)

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge