IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-10180 ESL

LILLIAM  ANDUJAR MENA

Chapter 13

XXX-XX-5751

**FILED & ENTERED ON 10/14/2010**

Debtor(s)

ORDER

The motion filed by Debtor requesting extension of time (14 days) to file amended plan (docket #32) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14 day of October, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:   DEBTOR(S)
      JUAN O CALDERON LITHGOW
      JOSE RAMON CARRION MORALES